IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IPC SYSTEMS, INC. | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 1:11-CV-3910-AT |
| PATRICK GARRIGAN, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration of the Court's April 26, 2012, Oral Opinion and Order, [Doc. 68], ordering that the parties' ESI Protocol should provide for the imaging of the emails and instant messages of fifteen IPC employees and the emails and instant messages sent and received by Defendant during his employment with IPC. Defendant filed a Response to the motion on June 8, 2012, stating that he does not oppose the motion. Accordingly, Plaintiff's Motion for Reconsideration, [Doc. 68], is **GRANTED** as unopposed.

It is **SO ORDERED** this 12th day of June, 2012.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**